**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YESICA CAMBRON, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE AARON'S COMPANY, INC., a Georgia corporation; AARON'S, LLC, a limited liability company; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:23-cv-01610-DJC-AC<br><br>**ORDER GRANTING STIPULATION TO SUBMIT ALL CLAIMS TO BINDING ARBITRATION AND STAY ACTION PENDING ARBITRATION** |

　　　Before the Court is the Stipulation to Submit All Claims to Binding Arbitration and Stay Action Pending Arbitration signed by counsel for all parties in this case. The Court, having read and considered the Stipulation, and finding good cause therefore, hereby orders as follows:

1. Plaintiff's claims against Defendants shall be submitted to binding arbitration before the American Arbitration Association pursuant to the Arbitration Agreement.
2. This case is hereby stayed pending arbitration.

ORDER

3. The parties shall file a joint status report advising the Court about the outcome of arbitration proceedings within fourteen (14) days after its completion.

**IT IS SO ORDERED.**

Dated:  September 12, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE